**RECEIVED**

JAN - 5 2007

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| THE AMERICAN LEGION, ) | |
| ) | |
| PLAINTIFF, ) | **VERIFIED MOTION FOR** |
| ) | **ADMISSION PRO HAC VICE** |
| v. ) | |
| ) | 4:06 CV 1789 RWS |
| THE AMERICAN LEGION BASEBALL, ) | |
| DEPARTMENT OF MISSOURI, INC., ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

Pursuant to Rule 12 of the Local Rules of the United States District Court for the Eastern District of Missouri, I, Andrew P. Bridges, move to be admitted pro hac vice to the Bar of this Court for the purpose of representing The American Legion in this matter. In support of this motion, I submit the following information as required by Rule 12.01(e):

A. My full name is Andrew Phillip Bridges.

B. My address is 101 California Street, San Francisco, California 94111-5894; my telephone number is (415) 591-1482; and my facsimile number is (415) 591-1400.

C. I am a partner with the law firm of Winston & Strawn LLP.

D. I am a graduate of Harvard Law School, Class of 1983.

E. On June 10, 1986, I was admitted to the Bar of the State of California, Bar No. 122761. On June 18, 1984, I was admitted to the Bar of the State of Georgia, Bar No. 080850. The following are additional Bar memberships:

| Court | Date Admitted |
|---|---|
| Supreme Court of the United States | 7/24/1987 |
| U.S. Court of Appeals, Federal Circuit | 2/21/1992 |

SF:149291.1

S 2007 - 2724

1

| | |
|---|---|
| U.S. District Court of Appeals, 7th Circuit | 4/17/1998 |
| U.S. District Court of Appeals, 9th Circuit | 10/1/1985 |
| U.S. District Court of Appeals, 11th Circuit | 6/28/1984 |
| U.S. District Court, District of Arizona | 11/16/1995 |
| U.S. District Court, Eastern and Western Districts of Arkansas | 1/20/1987 |
| U.S. District Court, Central District of California | 8/2/1991 |
| U.S. District Court, Eastern District of California | 9/3/1987 |
| U.S. District Court, Northern District of California | 10/16/1985 |
| U.S. District Court, Southern District of California | 11/8/1991 |
| U.S. District Court, District of Colorado | 8/22/2001 |
| U.S. District Court, Northern District of Georgia | 6/19/1984 |
| Supreme Court of Georgia | 6/26/1984 |

F.  I am a member in good standing of all of the bars of which I am a member. I am not under suspension or disbarment from any bar.

G.  I reside in California. I do not reside nor have I ever resided in the Eastern District of Missouri. I am not regularly employed in the Eastern District of Missouri and I am not regularly engaged in the practice of law in the Eastern District of Missouri.

I attest under penalty of perjury that the truth and accuracy of the foregoing facts, in respect to the request that this motion be granted and that I be admitted pro hac vice to the bar of the Court to appear in the instant matter.

Dated: January 3, 2007

*Andrew P. Bridges*

Andrew P. Bridges
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5802

Attorneys for Plaintiff
The American Legion

SF:149291.1

2